## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE SNAPCHAT ACCOUNTS: "SHAWNBONNEAU"; "COL422"; "BCHESKY81"; AND "VIVIBESSS", WHICH ARE STORED AT PREMISES CONTROLLED BY SNAP, INC. D/B/A SNAPCHAT | Case No. 2:24-mc-00235-KFW<br><br>**FILED UNDER SEAL** |

### ORDER

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Snap Inc. ("Snap"), an electronic communication service provider and/or a remote computing service, not to notify any person (including the subscribers and customers of the account listed in search warrant docket number 2:24-mj-178-KFW) of the existence of the search warrant until May 25, 2025.

The Court determines that there is reason to believe that notification of the existence of the search warrant will seriously jeopardize the investigation, including by giving the target an opportunity to destroy or tamper with evidence, change patterns of behavior, intimidate potential witnesses, or flee prosecution. *See* 18 U.S.C. § 2705(b).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Snap Inc. shall not disclose the existence of the search warrant issued in docket number (2:24-mj-178-KFW), or this Order of the Court, to the listed subscriber or to any other person, until May 25, 2025, except that Snap Inc. may disclose the above-referenced search warrant to an attorney for Snap Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed until May 25, 2025.

Date: February 14, 2025

_____
Judge's Signature

Karen Frink Wolf, U.S. Magistrate Judge
Printed name and title